United States Courts
Southern District of Texas
FILED

September 30, 2025

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> **(1) JUAN CARMEN PADRON MENDEZ**, <br><br> and <br><br> **(2) JUAN CARLOS PADRON BARRON**, <br><br> Defendants. | Case No. __4:25-cr-0513__ <br><br> **COUNT ONE** <br> *Assaulting, Resisting, or Impeding a Federal Officer* <br> 18 U.S.C. §§ 111(a)(1) & (b) and 2 <br> NMT 20 Years' Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years' Supervised Release <br> $100 Special Assessment <br> Class C Felony <br><br> **COUNT TWO** <br> *Escape from Custody of an Officer of the United States* <br> 18 U.S.C. § 751(a) <br> NMT 1 Year' Imprisonment <br> NMT $100,000 Fine <br> NMT 1 Year' Supervised Release <br> $25 Special Assessment <br> Class A Misdemeanor |

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Assaulting, Resisting, or Impeding a Federal Officer*

On or about September 22, 2025, in the Southern District of Texas, the defendants,

**JUAN CARMEN PADRON MENDEZ**, and

**JUAN CARLOS PADRON BARRON**,

each aiding and abetting the other, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Victim, a United States Border Patrol Agent, while that person was engaged in and on account of the performance of official

1

duties, and caused physical contact, inflicted bodily injury, and did so with the intent to commit another felony, in violation of Title 18, United States Code, Sections 111(a)(1) & (b) and 2.

## COUNT TWO
*Escape from Custody of an Officer of the United States*

On or about September 22, 2025, in the Southern District of Texas, the defendants,

**JUAN CARMEN PADRON MENDEZ**, and

**JUAN CARLOS PADRON BARRON**,

did knowingly escape and attempt to escape from the custody of an officer of the Department of Homeland Security, an officer and employee of the United States, such custody being pursuant to lawful arrest, in violation of Title 18, United States Code, Section 751(a).

**A TRUE BILL.**

Original Signature on File

**NICHOLAS J. GANJEI**
United States Attorney

**FOREPERSON OF THE GRAND JURY**

**BYRON H. BLACK**
Assistant United States Attorney
Southern District of Texas

DATED: 9-30-2025
Laredo, Texas

2